# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGENO JONES,<br><br>          Petitioner,<br><br>         v.<br><br>FRANCISCO JACQUEZ,<br>Warden,<br><br>          Respondent. | Case No. CV 09-5038 GW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 13, 2011

*George H. Wu*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1